
FILED
CHARLOTTE, NC

OCT 3 0 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:09CV466

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $49,000.00 IN UNITED STATES FUNDS ) <br> REPRESENTED BY A CASHIERS CHECK ) <br> DRAWN ON BANK OF AMERICA AND ) <br> DATED AUGUST 4, 2009, ) <br> ) <br> Defendant. ) | **ORDER AND WARRANT FOR ARREST IN REM** |

TO: THE UNITED STATES MARSHAL, WESTERN DISTRICT OF NORTH CAROLINA, AND ANY OTHER AUTHORIZED PERSON

WHEREAS, the United States of America has filed a verified complaint for forfeiture in rem against the defendant property as specified in ¶ 4 of that complaint; and,

WHEREAS, the Court is satisfied that grounds exist for issuance of an order and warrant for arrest in rem since, based on the verified complaint, there is probable cause to believe that defendant property is forfeitable because of its involvement, use, or intended use in violation of the laws specified in the complaint.

NOW, THEREFORE, you are hereby commanded to arrest, attach, and take into your possession the defendant property as specified in ¶ 4 of that complaint, including all funds at Bank of America represented by the seized cashiers check, and to detain the same in your custody until further order of this Court.

YOU ARE HEREBY further commanded forthwith to serve a copy of the Complaint herein upon the owner and/or possessor of, and all persons known to claim an interest in, the defendant property, and to cite and admonish all such persons knowing or having anything to say why the defendant property should not be forfeited and disposed of pursuant to the prayer of the complaint, to appear, by attorney or in person, before the District Court at the Clerk's Office thereof in Charlotte, North Carolina, not later than 35 days after service of direct notice of the complaint or, as applicable, not later than 30 days after publication of newspaper notice or legal notice of the filing of the complaint or 60 days after publication on an official internet government forfeiture site, then and there to interpose in writing a claim signed under penalty of perjury, and therewith or thereafter an answer to the complaint filed herein within twenty (20) days following such a claim; that all such persons must ensure that any such claim and answer must comply with all other requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, with 18 U.S.C §983, 19 U.S.C. §§1602 et seq., the Federal Rules of Civil Procedure, and Supplemental Rules A - F, and must be served upon the attorney for plaintiff herein, William A. Brafford, Assistant United States Attorney, Suite 1650, Carillon Building, 227 West Trade Street, Charlotte, North Carolina 28202-1675. In addition to or in lieu of filing a claim and an answer, any person may assert an interest in the defendant property by submitting a Petition for Remission or Mitigation of the forfeiture pursuant to 28 C.F.R. Part 9.

AND HOW you shall have executed this writ, make known to this Court with your certificate of execution thereof written.

SIGNED this the 30th day of October, 2009.

_____
UNITED STATES _____ JUDGE